IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 07-697-01 |
| MARK ALAN MENDELSON | : | |

**SURRICK, J.**                                                                                              MAY __10__, 2010

**<u>ORDER</u>**

AND NOW, this __10th__ day of May, 2010, upon consideration of the Motion of United States of America to Modify or Adjust Payment for Fine (Doc. No. 84), and all documents submitted in support thereof and in opposition thereto, and after a hearing in open court, it is ORDERED as follows:

1. The Motion of United States of America to Modify or Adjust Payment for Fine (Doc. No. 84) is GRANTED.

2. Pursuant to 18 U.S.C. § 3572(d)(3), the schedule for payment of the fine is modified and amended as follows:

   a. Within three days of the date of this Order, Respondent Mark Alan Mendelson shall remit payment to the Clerk of Court in the amount of $350,000 (three hundred fifty thousand dollars), by certified check, bank check, or money order payable to the "Clerk, U.S. District Court." Respondent shall forward his payment to the Clerk, United States District Court, 2609 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1797 (Attn: Financial Manager).

   b. Commencing January 1, 2011, Respondent shall make fine payments at a rate not

less than $50,000 (fifty thousand dollars) per month until the full amount of the fine is paid. Payments are due on the first day of each month and shall be made in the manner prescribed in the preceding paragraph.

IT IS SO ORDERED.

BY THE COURT

_____

R. Barclay Surrick, Judge